**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Stealing Home, an Arizona Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>Supper Solutions Franchising, Inc., a Colorado Corporation; John and Jane Does 1-10,<br><br>Defendants. | No. CV-06-01906 PHX-LOA<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |

Pursuant to the Stipulation of the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Stipulation (docket #6) is approved and Defendant Supper Solutions Franchising, Inc. shall have until and including Friday, October 6, 2006 in which to answer or otherwise respond to Plaintiff's Complaint.

DATED this 19th day of September, 2006.

_____
Lawrence O. Anderson
United States Magistrate Judge