Samuel A. Thumma (#014679)
Stephen B. Coleman (#021715)
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue
Post Office Box 400
Phoenix, Arizona 85001-0400
(602) 351-8000
sthumma@perkinscoie.com
scoleman@perkinscoie.com

Attorneys for Defendant Super Solutions Franchising, Inc.

Peter Strojnik (#6464)
THE LAW FIRM OF PETER STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
(602) 297-3019
strojnik@aol.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Stealing Home, an Arizona Limited Liability Company,<br><br>     Plaintiff,<br><br>     v.<br><br>Supper Solutions Franchising, Inc., a Colorado Corporation; John and Jane Does 1-10,<br><br>     Defendants. | No. CV06-01906 PHX-LOA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Stealing Home Enterprises, L.L.C. and Defendant Supper Solutions Franchising, Inc., by and through their undersigned counsel, hereby stipulate to dismiss the above-entitled action with prejudice, all parties to bear their own attorneys' fees and costs.

Dated: September 20, 2006.

| PERKINS COIE BROWN & BAIN P.A. | THE LAW FIRM OF PETER STROJNIK |
|---|---|
| By: s/ Samuel A. Thumma<br>Samuel A. Thumma<br>Stephen B. Coleman<br>2901 N. Central Ave.<br>Phoenix, Arizona 85001-0400<br>Attorneys for Defendant | By: s/ Peter Strojnik<br>Peter Strojnik<br>3030 North Central Avenue, Ste. 1401<br>Phoenix, Arizona 85012<br>Attorney for Plaintiff |

### CERTIFICATE OF SERVICE

☒ I hereby certify that on September 20, 2006, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Strojnik    strojnik@aol.com

☒ I hereby certify that on September 20, 2006, I served the attached document by first class mail on Judge Lawrence O. Anderson, United States District Court of Arizona, 401 West Washington Street, Phoenix, Arizona 85003-2118.

s/ Connie Zwart

344943_1