**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stealing Home, an Arizona Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> Supper Solutions Franchising, Inc., a Colorado Corporation; et al., <br><br> Defendants. | No. CV-06-1906-PHX-LOA <br><br> **ORDER** |

This matter arises on the parties Stipulation For Dismissal With Prejudice (docket # 10), filed on September 20, 2006. Notwithstanding the Court's attempts to have the parties either voluntarily consent to magistrate judge jurisdiction or elect to have the case reassigned to a district judge (docket # # 5, 8 and 9), the parties have apparently reached a settlement on the merits and stipulated and agreed that this case be dismissed with prejudice as to all parties.

In light of their stipulation and consent to dismiss this case, the Court deems the parties to have consented for purposes of dismissing this case only. Roell v. Withrow, 538 U.S.580 (2003) (Supreme Court held that implied consent may be inferred from a party's conduct "where the litigant or counsel was made aware of the need for consent and the right to refuse it, and still voluntarily appeared to try the case before the Magistrate Judge.")

1         Pursuant to stipulation and good cause appearing,

2         **IT IS ORDERED** that all claims in the above-captioned matter and this
3 lawsuit in its entirety is hereby dismissed with prejudice in its entirety, each party to bear its
4 own costs and attorney's fees.

5         DATED this 22nd day of September, 2006.

*[Signature]*
Lawrence O. Anderson
United States Magistrate Judge